## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

BLUE FORCE GEAR, INC., a Georgia
Corporation,

              Plaintiff,                  Case No. _____

       v.

                                **JURY TRIAL DEMANDED**

CONCEALED CARRIER, LLC d/b/a
TACTICON ARMAMENT, a California
Limited Liability Company, and JACOB
DINES, Individually,

              Defendants.

_____/

## COMPLAINT

COMES NOW Plaintiff, Blue Force Gear, Inc., a Georgia Corporation ("BFG"), by and through its attorneys, sues Defendants Concealed Carrier, LLC d/b/a Tacticon Armament ("Tacticon"), a California Limited Liability Company, and Jacob Dines (collectively, "Defendants") and states:

## NATURE OF THE ACTION

1.     This action arises from Defendants' unlawful use, misappropriation, and infringement of BFG's federally registered trademark (U.S. Federal Trademark Reg. No. 5797066), which Plaintiff has used extensively and exclusively in connection with certain of its well-known products for almost a decade, in violation of federal and state law.

2.     In this action, Plaintiff seeks monetary and equitable relief, and costs, expenses, and attorney's fees pursuant to 28 U.S.C. § 1117(a).

## PARTIES

3.      At all times material hereto, Plaintiff Blue Force Gear, Inc. was and is a Georgia corporation with its principal place of business at 166 Pine Barren Rd., Pooler, Georgia 31322.

4.      Upon information and belief, at all times material hereto, Defendant Concealed Carrier, LLC d/b/a Tacticon Armament was and is a California Limited Liability Company with its principal place of business at 11315 Sunrise Gold Cir., Suite F, Rancho Cordova, California 95742.

5.      Upon information and belief, at all times material hereto, Defendant Jacob Dines was and is resident of Rancho Cordova, California and is the sole managing member, owner, and operator of Tacticon.

## SUBJECT MATTER JURISDICTION

6.      This Court has subject matter jurisdiction over the trademark-related claims of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a)-(b).

7.      This Court has supplemental jurisdiction over the subject matter of Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a) insofar as the claims are so related to Plaintiff's federal claims that they form part of the same case or controversy.

8.      Costs and attorney's fees are sought pursuant to 28 U.S.C. § 1117(a), and Rule 54 of the Federal Rules of Civil Procedure.

## PERSONAL JURISDICTION

9.      This Court has personal jurisdiction over Defendants Tacticon and Jacob Dines for at least the following reasons: (a) upon information and belief, Defendants engage in persistent courses of conduct and derive substantial revenue from products and/or services provided to

individuals in this judicial district and in Georgia; and (b) upon information and belief, Defendants have established systematic and continuous contacts with this judicial district and should reasonably expect to be brought into court here.

10.     Under Georgia's long-arm statute and controlling law, personal jurisdiction is proper as to Tacticon and Jacob Dines.

**VENUE**

11.     Venue is proper in the Southern District of Georgia pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to Plaintiff's claims occurred in this District.

12.     Further, under Georgia's long-arm statute, venue is proper where the transaction or cause of action arose, or where the property is located. O.C.G.A § 9-10-93.

**FACTS**

13.     Plaintiff BFG is a leading manufacturer, designer, and innovator of high-quality, high-performance tactical gear, products, and accessories, including a robust, and well-known, line of medical and first-aid-related gear and products, e.g., trauma kits, medical kits, first-aid kits, and other similar items.

14.     Owing to the popularity and renowned quality of its products, BFG owns and maintains a robust portfolio of intellectual property, including a multitude of registered and unregistered intellectual properties, including but not limited to trademarks, trade dress, and patents associated with and related to its business and products.

15.     Among its intellectual properties, BFG is the sole and exclusive owner of U.S. Federal Trademark Reg. No. 5797066 (see **Exhibit A**) for its distinctive stylized cross trademark which it has used in commerce since at least as early as 2014 (the "066 Trademark").

16.     The '066 Trademark was registered on July 9, 2019 in International Class 16 for "all-purpose carrying bags for first-aid kits," which is depicted as follows:



17.     The '066 Trademark signifies that BFG as the origin of its high-quality, high-performance products and represents and exemplifies the extensive goodwill, renown, and consumer recognition that BFG has amassed.

18.     The '066 Trademark is used in connection with BFG's medical-related gear and products, such as the MICRO TRAUMA KIT, which is depicted as follows:



19.     Defendant Tacticon sources, manufacturers, markets, and/or sells a variety of products, including medical kits, first-aid kits and/or trauma kits, such as the IFAK V1 Bag depicted on the following page:

4



(See **Exhibit B** (https://tacticon.com/product/ifak-v1-compact-individual-first-aid-kit/)).

20.     Self-evidently, the IFAK V1 Bag, and other similar products, e.g., the IFAK V1 Compact, (collectively, the "Infringing Products"), use and incorporate a virtually identical exact copy of the '066 Trademark in direct contravention to BFG's long-standing and well-known rights in and to the '066 Trademark.

21.     Defendants advertise and/or sell the Infringing Products, on their website and other e-commerce outlets and platforms, such as Amazon.com.

22.     On or about September 25, 2022, BFG sent a letter to Tacticon expressly notifying Tacticon and, thereby, its sole managing member, owner, and operator, Mr. Dines, of their infringing activities and demanding, among other things, that they cease engaging in any infringement of the '066 Trademark.

23.     Plaintiff made multiple attempts to reach Defendant Tacticon and, after a period, Defendants responded through counsel.  This lawsuit followed.

24.     Defendants continue to actively and openly market and, upon information and belief, sell their Infringing Products, including the IFAK V1 Bag and IFAK V1 Compact, which are showed and/or available on Defendants' website and on Amazon.com. (See **Exhibit C**).

25.     Defendants' sales of infringing products have caused and will continue to cause confusion in the marketplace, including as to the source, approval, origin, affiliation, and sponsorship of the products, as well as injury to BFG's goodwill and reputation.

26.     Defendants are not affiliated or associated with BFG, and have not been given permission, approval, or a license to use the trademark embodied in the '066 Trademark.

27.     Upon information and belief, Defendants' acts complained of herein are willful and deliberate.

**COUNT I**

**VIOLATION OF THE LANHAM ACT, 15 U.S.C. § 1114:**
**TRADEMARK INFRINGEMENT**

28.     Plaintiff incorporates and realleges paragraphs 1 through 27 above as if fully set forth herein.

29.     Defendants have used and continue to use in commerce, without BFG's permission or authorization, the '066 Trademark, and/or confusingly similar marks, in connection with the various products, including the Infringing Products, manufactured, advertised, promoted, marketed, and/or sold in, at least, the United States.

30.     BFG is the owner of the '066 Trademark and the trademark embodied therein.

31.     BFG has invested substantial time and resources to distinguish its goods using the '066 Trademark by the use of the mark in commerce since at least as early as 2014 and has created goodwill and customer loyalty from such use.

32.     BFG has the exclusive right to use the '066 Trademark.

33.     Defendants are unlawfully selling products in commerce in the United States using the '066 Trademark for first-aid kits and medical pouches.

34.     Defendants' use of the mark for first-aid kits and medical pouches is likely to cause confusion, mistake, or deception as to the origin, source, affiliation, approval, sponsorship, and/or connection of Defendants' goods in violation of 15 U.S.C. § 1114.

35.     Upon information and belief, Defendants had knowledge and notice of the '066 Trademark.

36.     As a direct and proximate result of Defendants' wrongful acts, BFG has suffered, continues to suffer, and/or is likely to suffer damage to its trademarks, business reputation, and goodwill that money cannot compensate. Unless enjoined, Defendants will continue to use BFG's '066 Trademark and/or confusingly similar trademarks and will cause irreparable damage to BFG for which BFG has no adequate remedy at law. Thus, BFG is entitled to an injunction restraining Defendants and, as applicable, Defendants' other officers, members, agents, servants, and employees, and all persons acting in concert with them, from engaging in further acts of infringement

37.     Upon information and belief, Defendants' violations of 15 U.S.C. § 1114 were and are willful and intentional.

38.     Pursuant to 15 U.S.C. § 1116, BFG is entitled to injunctive relief against Defendants based on Defendants' violations of 15 U.S.C. § 1114.

39.     By reason of Defendants' willful acts, BFG is entitled to damages that should be trebled under 15 U.S.C. § 1117.

40.     This is an exceptional case making BFG eligible for an award of attorney's fees under 15 U.S.C. § 1117.

41.     Defendants' action irreparably damage BFG and will continue to cause damage unless enjoined by this Court.  Therefore, BFG is without an adequate remedy at law.

**COUNT II**
**VIOLATION OF GEORGIA UNIFORM DECEPTIVE TRADE PRACTICES ACT**

42.     Plaintiff incorporates and realleges paragraphs 1 through 41 above as if fully set forth herein.

43.     Defendants are engaging in deceptive trade practices in violation of O.C.G.A. §§ 10-1-370 through 10-1-375 (the "Uniform Deceptive Trade Practices Act") in order to profit off of the goodwill created by BFG in its name and its products.

44.     Defendants are engaging in deceptive trade practices by passing off their products as those of BFG and by causing a likelihood of confusion or misunderstanding as to the source, sponsorship, approval, and/or certification of their products by BFG.

45.     Pursuant to the Uniform Deceptive Trade Practices Act, BFG is entitled to attorney's fees and injunctive relief based on Defendants' willful engagement in deceptive trade practices.

**COUNT III**
**COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**

46.     Plaintiff incorporates and realleges paragraphs 1 through 45 above as if fully set forth herein.

47.     As a result of the use and display of the '066 Trademark on Plaintiff's products and the advertisement and marketing of its products in association with the '066 Trademark, (a) the public and the trade use the '066 Trademark to identify and refer to Plaintiff; (b) the public and the trade recognize that such marks and designation refer to a high-quality product emanating from a single source, namely, Plaintiff; and (c) said display of the '066 Trademark has built up significant goodwill.

48.     On information and belief, the products sold by Defendants are similar to and compete with products sold by BFG and are sold and advertised in the same or overlapping channels.

49.     Defendants' use of the '066 Trademark has and will continue to deceive, confuse, and mislead purchasers and prospective purchasers into believing that Defendants' products are authorized by or in the same manner associated with BFG. The likelihood of confusion, mistake, and deception engendered by Defendants' misappropriation of the '066 Trademark is causing irreparable harm to the goodwill symbolized by the '066 Trademark and the reputation for quality that it embodies.

50.     Defendants are not associated with or connected with BFG, or licensed, authorized, sponsored, endorsed, or approved by BFG in any way. Likewise, Defendants do not have permission from BFG to use the '066 Trademark in connection with its business.

51.     Upon information and belief, Defendants have performed the acts complained of herein with the intent to cause confusion, mistake, or deception among the consuming public and with the intent to appropriate and trade upon the extensive goodwill achieved by and associated with BFG.

52.     BFG has prior and exclusive rights to use the '066 Trademark to identify, market, and promote BFG.

53.     Defendants' aforementioned actions constitute common law trademark infringement and unfair competition under the laws of Georgia, and have created and will continue to create a likelihood of confusion, mistake, or deception to the irreparable injury of BFG.

54.     Defendants acted with full knowledge of BFG's use of and common law rights in the '066 Trademark and without regard to the likelihood of confusion of the public created by Defendants' activities.

55.     Because of Defendants' actions, BFG has and will suffer irreparable injury and damage to the goodwill associated with its mark, including diversion of customers, lost sales, lost profits, and misappropriation of the source of the goods.

## COUNT 1V
## UNFAIR COMPETITION UNDER 15 U.S.C. § 1125(a)

56.     Plaintiff incorporates and realleges paragraphs 1 through 55 above as if fully set forth herein.

57.     The '066 Trademark is federally registered and entitled to protection under federal and common law.  BFG has extensively and continuously promoted and used the '066 Trademark for almost a decade in the United States and elsewhere.  The '066 Trademark has become a well-known indicator of the origin and quality of BFG's products.

58.     Defendants' unauthorized use of the '066 Trademark and/or confusingly similar trademarks constitutes a false designation of origin that is likely to cause consumer confusion, mistake, or deception as to the origin, sponsorship, or approval of Tacticon and/or Tacticon's

10

products by creating the false and misleading impression that the Infringing Products are manufactured by, authorized by, or otherwise associated with BFG, when they absolutely are not.

59.     As a direct and proximate result of Defendants' wrongful acts, BFG has suffered, continues to suffer, and/or is likely to suffer damage to its trademarks, business reputation, and goodwill that money cannot compensate. Unless enjoined, Defendants will continue to use the '066 Trademark or confusingly similar trademarks and will cause irreparable harm to BFG for which BFG has no adequate remedy at law.  Thus, BFG is entitled to an injunction precluding Defendants and, as applicable, Defendants' other officers, members, agents, servants, and employees, and all persons acting in concert with them, from using the '066 Trademark and/or confusingly similar trademarks in connection with Defendants and the promotion, marketing, offer to sell, or sale of any of Defendants products.

60.     By reason of Defendants' wrongful acts, BFG is entitled to damages.

61.     Because of the willful nature of Defendants' wrongful acts, BFG is entitled to an award of treble damages and increased profits under 15 U.S.C. § 1117.

62.     Pursuant to 15 U.S.C. § 1117, BFG is also entitled to recover its costs of suit and its attorneys' fees because this is an exceptional case.

## COUNT V
## ACCOUNTING

63.     Plaintiff incorporates and realleges paragraphs 1 through 62 above as if fully set forth herein.

11

64.     Plaintiff is entitled to an accounting from Defendants of the profits made by Defendants in violation of the Georgia common law of unfair competition (as previously alleged herein) and in violation of BFG's rights in the '066 Trademark (as previously alleged herein).

## PRAYER FOR RELIEF

WHEREFORE, BFG respectfully prays for:

A.     A judgment against Defendants and in favor of BFG on all applicable counts;

B.     A judgment and order enjoining Defendants and Defendants' affiliates, officers, agents, employees, attorneys, and all other persons acting in concert with Defendants, during the pendency of this action and permanently thereafter from:

a.  Manufacturing, transporting, promoting, advertising, publicizing, distributing, offering for sale, or selling any products (including but not limited to the IFAK V1 Bag) under the '066 Trademark, any marks substantially indistinguishable therefrom, or any other marks, names, symbols, or logos which are likely to cause confusion or to cause mistake or to deceive persons into the erroneous belief that any products that Defendants caused to enter the stream of commerce or any of Defendants' commercial activities are sponsored or licensed by BFG, are authorized by BFG, or are connected or affiliated in some way with BFG or the '066 Trademark;

b.  Manufacturing, transporting, promoting, advertising, publicizing, distributing, offering for sale, or selling any products (including but not limited to the IFAK V1 Bag) under the '066 Trademark, any marks substantially indistinguishable therefrom, and/or confusingly similar marks;

12

     c.   Implying BFG's approval, endorsement, or sponsorship of, or affiliation or connection with, Defendants' products, services, or commercial activities, passing off Defendants' business as that of BFG, or engaging in any act or series of acts which, either alone or in combination, constitutes unfair methods of competition with BFG and from otherwise interfering with or injuring the '066 Trademark or the goodwill associated therewith;

     d.   Engaging in any act which is likely to dilute the distinctive quality of the '066 Trademark and/or injures BFG's business reputation;

     e.   Representing or implying that Defendants are in any way sponsored by, currently affiliated with, or licensed by BFG; or

     f.   Knowingly assisting, inducing, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs B(a) to (e) above.

C.     An award of Defendants' profits and the damages sustained by BFG because of Defendants' conduct in infringing the '066 Trademark;

D.     An award of Defendants' profits and the damages sustained by BFG because of Defendants' acts of unfair competition under 15 U.S.C. § 1125(a);

E.     An award of three times the amount of compensatory damages and increased profits pursuant to 15 U.S.C. § 1117;

F.     An order granting an award of treble or otherwise enhanced damages, as available, upon a finding that Defendants acted willfully in the conduct of its trademark infringement;

13

G.      An order granting an award of reasonable attorneys' fees and costs of suit as provided by 15 U.S.C. § 1117(a), 15 U.S.C. § 1117(b), and Rule 54 of the Federal Rules of Civil Procedure;

H.      An order that all Infringing Products and labels, signs, packaging, advertising materials, or other materials that promote the Infringing Products or that otherwise enable Defendants to engage in infringement activities as described herein be delivered to BFG or seized for destruction;

I.      An order granting BFG preliminary and permanent injunctive relief against further infringement of the '066 Trademark by Defendants;

J.      An order granting BFG preliminary and permanent injunctive relief against Defendants' unfair competition;

K.      An order that Defendants are to make a written report within a reasonable period, to be filed with the Court, detailing the manner of Defendants' compliance with the requested injunctive and mandatory relief above;

L.      An order granting an award of BFG's costs, expenses, and reasonable attorney's fees, to the extent not awarded above;

M.      An order granting an award of BFG's statutory damages pursuant to 15 U.S.C. § 1117(c);

N.      An order granting pre-judgement interest on any recovery by BFG; and

O.      Granting BFG such other and further relief as is just and proper.

## JURY TRIAL DEMANDED

Plaintiff Blue Force Gear, Inc. demands trial by jury of all issues so triable.

Dated: March 2, 2023.                    Respectfully submitted,

By: /s/ *Brian F. Hansen*
    Brian F. Hansen
    GA Bar No. 323785
    **GREENSPOON MARDER, LLP**
    1230 Peachtree Street NE, Suite 1900
    Atlanta, GA 30309
    Tel: (470) 466-1708
    Primary Email: brian.hansen@gmlaw.com
    Secondary Email: yillian.sarmiento@gmlaw.com

    Michael Patrick (*Pro Hac Vice* forthcoming)
    NY Bar No. 4331112
    Email: michael.patrick@gmlaw.com
    Telephone: (212) 524-5041
    Michael Marron (*Pro Hac Vice* forthcoming)
    NY Bar No. 5146352
    Email: michael.marron@gmlaw.com
    Telephone: 212-501-7673
    **GREENSPOON MARDER, LLP**
    590 Madison Avenue, Suite 1800
    New York, NY 10022

    Monifa Hall (*Pro Hac Vic*e forthcoming)
    FL. Bar No. 1018572
    **GREENSPOON MARDER, LLP**
    600 Brickell Ave., Suite 3600
    Miami FL 33131
    Tel: (305)789-2721
    Email: monifa.hall@gmlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Complaint has been furnished electronically on March 2, 2023 with the Clerk of the Court using CM/ECF. The undersigned also certifies that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: /s/*Brian F. Hansen*
Brian F. Hansen

# EXHIBIT A

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,797,066**

**Registered Jul. 09, 2019**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Blue Force Gear, Inc.  (GEORGIA CORPORATION)
P.o. Box 853
Pooler, GEORGIA 31322

CLASS 18: all-purpose carrying bags for first aid kits

FIRST USE 10-24-2014; IN COMMERCE 10-24-2014

The mark consists of Four elongated elements arranged perpendicularly in the form of a cross with squared remote ends and pointed ends having points near a central point and spaced apart to define an X form.

SER. NO. 87-871,670, FILED 04-11-2018

Director of the United States
Patent and Trademark Office

# EXHIBIT B

✉ SUPPORT@TACTICON.COM   📞 916 538 6205

👤 About Us   Contact

HOME   SHOP ⌄   CONTACT   BLOG ⌄   MORE ⌄   SALE   All ⌄   Tactical Product Search...   🔍   $0.00 🛒



ACCESSORIES   |   MEDICAL SUPPLIES

## IFAK V1 Compact (Individual First Aid Kit)

**$59.94**

or 4 interest-free payments of **$14.98** with ⬥ sezzle ⓘ

### COMBAT VETERAN OWNED COMPANY

I consulted with medical professionals to build this kit. I stand by and produce only the products that I use myself as a soldier. Military grade components in this IFAK made for civilians, first responders, and military. ZERO risk purchase and 100% Satisfaction Guarantee. We are real humans in the United States with a real company and a real warranty. Don't trust the other Chinese brands on Amazon with a human life. Anyone can save a life with this Individual First Aid Kit. Civilians, Outdoors Enthusiasts, Teachers, First Responders, and Military Personnel. Everything in this med kit is geared toward controlling bleeding, dressing the wound, packing the wound, preventing infection, opening airways, and shock prevention until first responders arrive. The smallest IFAK Trauma Kit on Amazon can be stored ANYWHERE, and still contain everything needed to save a life and treat everyday wounds. Your belt, MOLLE, vest, small bag pocket, glove box, center console, in a drawer, small purse, and even in a jacket pocket. Molle compatible. Belt-Loop Compatible. Z-Fold Compressed Gauze to pack wound, Nasopharyngeal Airway to open airway, TPE Tourniquet to control bleeding, Chest Seal to close sucking chest wound, Antiseptic Wipes to prevent infections, First Aid bandages for cuts and scrapes, and much more included! Pull tab with one hand to deploy all medical contents in less than a second. 1000D Nylon Outer shell stays in place while center contents are removed and open up for lightning fast access.

   

Colors        Choose an option ⌄

**40% OFF** SITEWIDE
COUPON CODE: MADMARCH40    SHOP NOW

SKU: N/A

Categories: Accessories, Medical, Medical Supplies

---

DESCRIPTION    ADDITIONAL INFORMATION    REVIEWS (0)

### COMBAT VETERAN OWNED COMPANY

### Included Components

Number of Pieces: 42
(1) Chest Seal
(1) Compressed Gauze
(1) Emergency Blanket
(1) PVC Gloves
(4) Standard Adhesive Bandages
(4) Butterfly Bandages
(2) Knuckle Bandages
(5) Alc. Prep Pads
(5) BZK Antiseptic Towelettes
(2) Sterile Gauze Pad 2" x 2"
(2) Adhesive Wound Dressing
(1) Nasopharyngeal Airway
(1) Medical Tape
(1) TPE Tourniquet
(1) ABD Pad

DIMENSIONS
3" x 6.5" x 3.5"

### RELATED PRODUCTS

| | | | |
|---|---|---|---|
| ACCESSORIES | ACCESSORIES | ACCESSORIES | ACCESSORIES |
| BattleBag Double Rifle Bag (36 inch & 42 inch) Gun Case | M-LOK QD Mount | P1/P2/P3 Pistol Mag Pouch | R1/R2/R3 Rifle Mag Pouch |
| ⭐⭐⭐⭐⭐ | ⭐⭐⭐⭐☆ | ⭐⭐⭐⭐⭐ | $20.00 – $25.00 |
| $144.95 – $149.95 | $14.95 | $20.00 – $25.00 | |

OUT OF STOCK

# EXHIBIT C

Case 4:23-cv-00055-WTM-CLR Document 1 Filed 03/02/23 Page 22 of 28

Hello
Select your address    Health, Household & Baby Care    Search Amazon    EN    Hello, sign in    Returns    0
Account & Lists    & Orders

All    One Medical    Clinic    Customer Service    Best Sellers    Amazon Basics    Prime    New Releases    Today's Deals    Music    24/7 care with One Medical

Health & Personal Care    Household Supplies    Vitamins & Diet Supplements    Baby & Child Care    Health Care    Sports Nutrition    Sexual Wellness    Health & Wellness

twitch    Earn extra friend points.    Buy now

Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Safety & Survival › First Aid Kits





Roll over image to zoom in

## TACTICON V1 Compact IFAK Trauma First Aid Kit (Empty) for Everyday Carry | EDC Med Pouch | Belt or MOLLE Attach | Tactical Survival Emergency EMT Medical Pouch Belt Vest Car Hiking Travel

Visit the Tacticon Store

385 ratings | 5 answered questions

**$16**95

Get $50 off instantly: Pay $0.00 $16.95 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Color: Coyote Brown**

| | |
|---|---|
| Brand | Tacticon |
| Special Feature | Compact |
| Number of Pieces | 1 |
| Recommended Uses For Product | Emergency Preparedness |
| Color | Coyote Brown |

### About this item

- ⭐ 【COMBAT VETERAN OWNED COMPANY】 I consulted with medical professionals to build the ultimate everyday carry med pouch. I stand by and produce only the products that I use myself as a soldier. Military grade materials in this IFAK pouch made for civilians, first responders, and military.
- ✅ 【FITS ANYWHERE FOR EVERYDAY CARRY】 The smallest IFAK Trauma Kit on Amazon can be stored ANYWHERE, and still contain everything needed to save a life and treat everyday wounds. Your belt, MOLLE, vest, small bag pocket, glove box, center console, in a drawer, small purse, and even in a jacket pocket. Molle compatible. Belt-Loop Compatible.
- ✅ 【YOU CAN SAVE LIVES - EASY TO USE FOR EVERYONE】 Anyone can save a life - Civilians, Outdoors Enthusiasts, Teachers, First Responders, and Military Personnel. You can fit all IFAK items in this elastic design including Z-Fold Compressed Gauze to pack wound, NPA Nasopharyngeal Airway to open airway, Small Tourniquet (not full-size TQ) to control bleeding, Chest Seals to close sucking

**$16**95

FREE delivery March 7 - 10. Details

Or fastest delivery **Wednesday, March 8**. Order within 47 mins. Details

Select delivery location

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Tacticon Armament
Sold by    Tacticon Armament

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell?

Sell on Amazon



5.11 ⊞

Purpose-Build Tactical Gear by 5.11

5.11 Tactical Wingman Patrol Bag for Law Enforcement Police Vehicle...

★★★★★ 1,767

$110.00 √prime

Shop now ›

Sponsored

3/2/23, 3:13 PM    Amazon.com : TACTICON V1 Compact IFAK Trauma First Aid Kit (Empty) for Everyday Carry | EDC Med Pouch | Belt or MOLLE At…

Case 4:23-cv-00055-WTM-CLR  Document 1  Filed 03/02/23  Page 23 of 28

chest wound, Antiseptic Wipes to prevent infections, Adhesive Bandages, Gloves, Gauze, Medical Tape, and more!

-  【1-HAND ACCESS CONTENTS IN SECONDS】 Pull tab with one hand to deploy all medical contents in less than a second. 1000D Elastic Nylon Outer shell stays in place while center contents are removed and open up for lightning fast access.
-  【LIFETIME WARRANTY AND 100% SATISFACTION GUARANTEE】 Warrantied for LIFE! ZERO risk purchase and 100% Satisfaction Guarantee. We are real humans in the United States with a real company and a real warranty. Don't trust the other Chinese brands on Amazon when carrying medical products that can save lives.

### Additional Details

**Small Business**
This product is from a small business brand. Support small. Learn more

 

Rhino Rescue

RHINO RESCUE Medical Tourniquets One-Handed, Emergency Hemorrhage…
⭐⭐⭐⭐⭐ 447
$25.00  ✓prime
Shop now ›

Sponsored

### Frequently bought together



Total price: $57.88

[ Add all three to Cart ]

Some of these items ship sooner than the others. Show details

- ☑ **This item:** TACTICON V1 Compact IFAK Trauma First Aid Kit (Empty) for Everyday Carry | EDC Med Pouch | Belt or M…  $16.95
- ☑ TACTICON V1 IFAK Tactical Trauma Refill Kit First Aid Vented Chest Seal $24.95 ($0.76/Count)
- ☑ RHINO RESCUE Vent Chest Seal, Emergency Trauma Dressing, 2 Count $15.98 ($7.99/Count)

### Products related to this item

Sponsored ⓘ

    

RHINO RESCUE Individual Bleeding Control Kit, IFAK Trauma Kit, Military First Aid R…
2
#1 New Release
$49.99 ($49.99/Count)

PETAC GEAR Rip Away IFAK Pouch, Tear Off Medical Pouches ,Slim EMT Pouches,for Tac…
123
$28.95

TACTICON V3 Extensive IFAK Trauma First Aid Kit | EMT Survival Med Kit | Chest Seal…
226
$79.95 ($0.93/Count)

SURVIVD IFAK Micro EDC Trauma Kit (Empty) | Medical Pouch | Tactical 2-in-1 MOLLE C…
1
$16.49 ($16.49/Count)

PETAC GEAR Tactical Ifak Pouch ,Molle First Aid Micro Trauma Kit Military , Belt Medi…
49
$25.95

Med Kit Trauma K Tourniquet, Emer Survival First Aid EMT IFAK Med…
203
$39.95 ($39.95/

3/2/23, 3:13 PM    Amazon.com : Tacticon Compact IFAK Trauma Kit (Empty) | Everyday Carry IFAK Med Pouch | Belt or MOLLE At...

Case 4:23-cv-00055-WTM-CLR Document 1 Filed 03/02/23 Page 24 of 28

## Product Description

Brand: Tacticon Item Dimensions: 3" X 6.5" X 3.5" Included Components: 1 Number of Pieces: 1

## Product information

### Technical Details

| | |
|---|---|
| Item Dimensions LxWxH | 3 x 6.5 x 3.5 inches |
| Item Weight | 4 Ounces |
| Brand Name | Tacticon |
| Color | Coyote Brown |
| Material | Nylon |
| Manufacturer | Tacticon |
| Included Components | Tourniquet, Gloves, Bandage, Wound Closure Strips, Antiseptic, compressed gauze, Chest seal |

### Additional Information

| | |
|---|---|
| ASIN | B0BCTYT5LG |
| Customer Reviews | 385 ratings<br>4.8 out of 5 stars |
| Best Sellers Rank | #8,879 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#17 in Camping First Aid Kits |
| Date First Available | August 31, 2022 |

### Feedback

Would you like to **tell us about a lower price?**

## Videos



### Videos for this product

1:57
**TACTICON Compact IFAK Belt Pouch**
High Mileage Preparedness

### Videos for related products

0:30
**Bleeding Control Kit Contents**
Rhino Rescue

0:35
**How to apply hemostatic gauze and emergency bandage**
Rhino Rescue

Upload your video

## Products related to this item

Sponsored ⓘ



**RHINO RESCUE Individual Bleeding Control Kit, IFAK Trauma Kit, Military First Aid R...**

2

#1 New Release ⏳

**$49.99** ($49.99/Count)



**TACTICON V3 Extensive IFAK Trauma First Aid Kit | EMT Survival Med Kit | Chest Seal...**

226

**$79.95** ($0.93/Count)

**TACTICON V2 Admin Pouch or IFAK Trauma First Aid Kit (Empty) for Everyday Carry | E...**

100

**$19.95**

**EMT Pouch MOLLE Ifak Pouch Tactical MOLLE Medical First Aid Kit Utility Pouch Carle...**

2,784

**$29.99** ($29.99/Count)



**Med Kit Trauma Kit with Tourniquet, Emergency Survival First Aid Kits, EMT IFAK Med...**

203

**$39.95** ($39.95/Count)



**Tacticon Compres Sterile Gauze 4.5" Yards, 6-Ply | Con Veteran Owned C**

10

**$8.95** ($4.48/Co

---

## Looking for specific info?

See questions and answers ›

---

## Customer reviews

**4.8 out of 5**

385 global ratings

| | | |
|---|---|---|
| 5 star | | 85% |
| 4 star | | 11% |
| 3 star | | 2% |
| 2 star | | 1% |
| 1 star | | 1% |

How customer reviews and ratings work

### Reviews with images






See all customer images



### Top reviews from the United States

Owen

**It checks out.**

Reviewed in the United States 🇺🇸 on February 26, 2023

Color: Coyote Brown   **Verified Purchase**

It is well made. I could not find a single flaw on the stitching or material. Mine was a recent purchase and it hasn't seen a lot of field use yet, but it works very well so far.

It does need a better method of securing the inner flap. When rucking through thick woods, briars and twigs can pull the flap open, exposing your contents. However, this is a minor problem that can be easily remedied with a thin ranger band.

Shop now

Sponsored

This next note is not something I've experienced, but something I foresee could be an issue for others. My TACTICON velcro belt loops go between the main belt and the excess belt overlap, therefore it is essentially sandwiched between two velcro belts. In addition, I zip tie all the attachments on my duty belt. As a result, I have not had and do not foresee any chance of this thing getting snatched off my belt. However, if someone is not using cable ties and was attaching it to a nonvelcro and/or single walled belt then there might be an issue. Still, there is always the option to swap out the provided velcro belt loops for something

Read more

Helpful          Report abuse

Error 423 Locked

**Great product!**
Reviewed in the United States us on October 11, 2022
**Verified Purchase**

Looked around for a small IFAK which I could mount in the small of my back on my battle belt, so it would be easily assessable with either left or right hand. Liked the sleeve idea which both HSGI (Reflex) and BFG (Micro Trauma Kit) had. Problem with the HSGI for me was that besides it is on the pricier side, it also is very bulky. Wanting an IFAK on the small of my back I didn't want it to large/bulky so it wouldn't be a pain in the rear when sitting in a (car) seat, or carrying a backpack. Liked the BFG Micro Trauma Kit concept, however didn't like the price to much. And then I saw the Tacticon V1 Compact IFAK, which looked a lot like the BFG Micro Trauma Kit. At first I thought it was one of the many copies out of a curtain Asian country know for producing cheap copies with low grade manure like materials (sorry for the long description, but have to be careful here, Amazon rejected my first review for telling it as I see it and called it profanity), but nothing could be further from the truth. Tacticon is a veterans owned small business. This and the by far lower price made me purchase their IFAK, hoping I would not be disappointed. And not only did I not get disappointed, I actually was pleasantly surprised that the product was better than I hoped for. In a review here, and on YouTube it was mentioned that there wasn't any Velcro in the sleeve to keep the insert from

Read more

6 people found this helpful

Helpful          Report abuse

K Farq

**Great little kit**
Reviewed in the United States us on February 21, 2023
**Verified Purchase**

I just received the product today and my first impression was that it feels and looks like a quality. I've owned the similar and pricier Blue Force Gear trauma kit in the past, and I could not tell any major difference. The reason I gave this product 4 stars because the stitching appeared to be coming loose after I loaded my medical products and attempted to place them into the sleeve. Only time will tell how it will stand up to multiple deployments and reinserts. Also, the hook and loop straps used to attach the IFAK to your desired platform are really short, at least for me. I'm in law enforcement and use a standard 2.25" duty belt. As you can see in the attached photograph, the IFAK is holding onto my belt for dear life. It already fell off my belt when it bumped the seat as I was sitting in my patrol car at the beginning of my shift. This can easily be remedied by getting some cheap hook and loop cable ties and cutting them to size.



One person found this helpful

Helpful          Report abuse

Ashley

**Great product, EVEN GREATER CUSTOMER SERVICE!**
Reviewed in the United States us on February 19, 2023
**Verified Purchase**

While searching for accessories for my duty belt, I came across this small pack. Initially, I was worried that everything wouldn't fit but to my surprise it all fits comfortably (tourniquet, combat gauze, Narcan). I also love how you can change the color of the medical cross. Now, for my favorite part: the hand written thank

you note that came in the mail. Turns out the owner is a combat veteran with a small business. He upgraded my shipping FREE OF CHARGE, to show his appreciation for the support. I was hesitant in purchasing due to the lack of reviews but am so happy with my decision!

One person found this helpful

Helpful    Report abuse



Daniel

**Compact size**

Reviewed in the United States us on February 11, 2023

**Verified Purchase**

I wanted to test it out before writing a review. I bought this IFAK a little less than a month ago and I was able to run it through live fire lanes and some trauma lanes. I give it a 8/10, i would only reccomend the same velcro straps on the back be used on the bottom as well to easily attach a tourniquet. It fit perfectly on my battle belt, everything is super compact and easily accessible. It fits everything i need, also I like how u can change the color of the cross from red, black, and reflective white. It looks cool so u feel cool. All around I highly reccomend this product to anyone.

One person found this helpful

Helpful    Report abuse

**See all reviews ›**

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Shipping Rates & Policies |
| Sustainability | Become an Affiliate | Shop with Points | Amazon Prime |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Returns & Replacements |
| Investor Relations | Start a package delivery business | Reload Your Balance | Manage Your Content and Devices |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | Your Recalls and Product Safety Alerts |
| Amazon Science | Self-Publish with Us | | Amazon Assistant |
| | Host an Amazon Hub | | Help |
| | › See More Ways to Make Money | | |

English    United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances |

3/2/23, 3:13 PM
Case 4:23-cv-00055-WTM-CLR Document 1 (Emily Coats Carry Blade With Belt or MOLLE At...

Case 4:23-cv-00055-WTM-CLR Document 1 (Filed 03/02/23 Page 28 of 28)

Sell your
original
Digital
Educational
Resources

| Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric | Goodreads | IMDb |
|---|---|---|---|---|---|---|
| Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities |

| IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market |
|---|---|---|---|---|---|---|
| Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store |

| Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes |
|---|---|---|---|---|---|---|
| Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door |

| PillPack | Amazon Renewed |
|---|---|
| Pharmacy Simplified | Like-new products you can trust |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates