# United States District Court
## Southern District of Georgia

BLUE FORCE GEAR, INC.

Plaintiff

v. CONCEALED CARRIER, LLC
AND JACOB DINES

Defendant

Case No. 4:23-00055-WTM-CLR

Appearing on behalf of : _____

Plaintiff

(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, Robert M. Ward hereby requests permission to appear pro hac vice in the subject case filed in the Savannah Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, DSC and Northern District of Georgia. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates Justin Charles Ward as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This 20th day of July, 2023.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Justin Charles Ward, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This 20th day of July, 2023.

746408
Georgia Bar Number

(912) 667-6946
Business Telephone

_____
Signature of Local Counsel

Blue Force Gear, Inc. (Law Firm)
166 Pine Barren Road (Business Address)
Pooler, GA 31322 (City, State, Zip)
_____ (Mailing Address)
justin@blueforcegear.com (Email Address)

AO 136
(Rev. 6/82)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

DISTRICT OF SOUTH CAROLINA

I, Robin L. Blume, Clerk of the United States District Court, District of South Carolina,

DO HEREBY CERTIFY That Robert Morton Ward, ID# 11185, was duly admitted to practice in said Court on November 14, 2011, and is in good standing as a member of the bar of said Court.

Dated at Greenville, South Carolina          Robin L. Blume, Clerk

on July 17, 2023.



By: s/Angela Lewis,
Deputy Clerk

# United States District Court
## Southern District of Georgia

BLUE FORCE GEAR, INC.

Plaintiff

v.   CONCEALED CARRIER, LLC AND JACOB DINES

Defendant

Case No.   4:23-00055-WTM-CLR

Appearing on behalf of

Plaintiff

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Robert M. Ward

Business Address:   BMWipLAW, LLC
Firm/Business Name

3455 Peachtree Road NE, Floor 5
Street Address

| Street Address (con't) | Atlanta | GA | 30 |
|---|---|---|---|
| | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

(404) 606-6480                                775401
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   RWARD@BMWIPLAW.COM