# United States District Court

## Southern District of Georgia

BLUE FORCE GEAR, INC.
_____
Plaintiff

v.   CONCEALED CARRIER, LLC
AND JACOB DINES
_____
Defendant

Case No.  4:23-00055-WTM-CLR

Appearing on behalf of
Plaintiff
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  21st  day of  July  , 2023 .

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Robert M. Ward

Business Address:  BMWipLAW, LLC
Firm/Business Name

3455 Peachtree Road NE, Floor 5
Street Address

_____  Atlanta    GA   30
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

_____  _____  _____  ___
Address Line 2    City   State  Zip

(404) 606-6480            775401
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:  RWARD@BMWIPLAW.COM