UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BLUE FORCE GEAR, INC., a Georgia Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:23-cv-00055-WTM-CLR |
| v. | ) ) | |
| CONCEALED CARRIER, LLC d/b/a TACTICON ARMAMENT, a California Limited Liability Company, and JACOB DINES, Individually, | ) ) ) ) ) | |
| Defendants, | ) ) | |

**PLAINTIFF'S NOTICE OF INTENT TO FILE A SUR-RESPONSE BRIEF PURSUANT TO LOCAL RULE 7.6**

Pursuant to Local Rule 7.6, Plaintiff and Counter Defendant Blue Force Gear, Inc. ("BFG"), by and through the undersigned counsel, hereby provides Notice of Intent to File a Sur-Response Brief to Defendants and counterclaimants Concealed Carrier LLC d/b/a Tacticon Armament and Jacob Dines's Sur-Reply to Plaintiff's Motion for Leave to Amend Complaint [Docket no. 37].

Dated: July 26, 2023

                                                Respectfully submitted,

                                   By: /s/ *Justin Charles Ward*
                                               Justin Charles Ward
                                               GA Bar No. 746408
                                               **BLUE FORCE GEAR, INC.**
                                               166 Pine Barren, Road
                                               Pooler, GA 31322
                                               Tel: (912) 667-6946
                                               Primary Email: justin@blueforcegear.com
                                               Secondary Email: legal@blueforcegear.com

1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing <u>Plaintiff's Notice of Intent to File a Sur-Response Brief Pursuant to Local Rule 7.6</u> has been furnished electronically on July 26, 2023 with the Clerk of the Court using CM/ECF. The undersigned also certifies that the foregoing document is being served this day on all counsel of record via e-mail.

                                                 By: <u>/s/ *Justin Charles Ward*</u>
                                                       Justin Charles Ward