IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BLUE FORCE GEAR, INC., a Georgia Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>CONCEALED CARRIER, LLC d/b/a TACTICON ARMAMENT, a California Limited Liability Company; and JACOB DINES, individually,<br><br>          Defendants. | CIVIL ACTION NO.: 4:23-cv-55 |

**O R D E R**

Before the Court is the Stipulation for Dismissal signed and filed by counsel for all parties on October 4, 2023, wherein the parties state that they stipulate to the dismissal of all claims asserted by Blue Force Gear, Inc., in its Complaint and Motion to Amend the Complaint, and all counterclaims asserted by Defendant Concealed Carrier, LLC d/b/a Tacticon Armament against Blue Force Gear, Inc., with prejudice. (Doc. 45.)  The parties have further stipulated that each party shall bear its own costs and attorneys' fees. (Id.)  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice.  The Clerk is hereby authorized and directed to **TERMINATE** all pending motions and to **CLOSE** this case.

     **SO ORDERED**, this 16th day of October, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA